# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **LEAH SCHIER,** | § | |
| | § | **CIVIL ACTION NO.** |
| **Plaintiff,** | § | |
| **v.** | § | **SA-05-CA-0689 XR** |
| | § | |
| **OS RESTAURANT SERVICES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER DENYING MOTION TO COMPEL (DOCKET ENTRY 56) AND RETURNING MATTER TO DISTRICT JUDGE

The matter before the Court is defendant's motion to compel and plaintiff's response thereto (docket entry 56 and 58).  This matter has been referred to me for disposition (docket entry 57).

The motion was filed after the close of discovery.  While the scheduling order allowed the parties to engage in discovery beyond the established deadline, they were advised that there would be no opportunity for intervention by the Court after the deadline, absent extraordinary circumstances.  None have been presented here.

It is therefore ORDERED that the motion to compel is DENIED and this matter is returned to the District Judge.

**SIGNED** on August 23, 2006.

_Nancy Stein Nowak_
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE